UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KRYSTLE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, LLC,<br><br>Defendant. | Case No. 2:18-cv-00149-TLS-JEM<br><br>Honorable Chief Judge Theresa L. Springmann<br><br>Magistrate Judge John E. Martin |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, KRYSTLE JACKSON and the Defendant, ALLIED INTERSTATE, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against ALLIED INTERSTATE, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 30, 2018                                    Respectfully Submitted,

**KRYSTLE JACKSON**                                         **ALLIED INTERSTATE, LLC**

*/s/ Marwan R. Daher*                                       */s/ Jennifer J. Kalas (with consent)*
Marwan R. Daher                                             Jennifer J. Kalas
*Counsel for Plaintiff*                                     *Counsel for Defendant*
Sulaiman Law Group, LTD                                     Hinsaw & Culbertson, LLP
2500 S. Highland Ave., Suite 200                            322 Indianapolis Blvd, Suite 201
Lombard, Illinois 60148                                     Schererville, IN 46375
Phone: (630) 575-8181                                       Phone: (219) 864-5051
mdaher@sulaimanlaw.com                                      jkalas@hinshawlaw.com